**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JOSEPH R. WEST (#3273)

VERSUS

E.L.M.H.S., ET AL

CIVIL ACTION

NUMBER 15-206-JWD-SCR

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 6, 2015, to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion to Protective Order, treated as a motion for preliminary injunction, is denied.

Signed in Baton Rouge, Louisiana, on June 10, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**